# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-268

_____

RADFORD FERNANDEZ,

Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 14, 2019

PER CURIAM.

DENIED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

L. Lee Lockett of Lockett Law, Jacksonville Beach, for Petitioner.

Christie S. Utt, General Counsel, Mark L. Mason, Assistant General Counsel, Department of Highway Safety and Motor Vehicles, Tallahassee, for Respondent.